SANDRA T.E., et al., Plaintiffs–Appellees,

v.

**SOUTH BERWYN SCHOOL DISTRICT 100, Defendant–Appellant,**

and

**Sidley Austin LLP, Appellant.**

No. 08–3344.

United States Court of Appeals, Seventh Circuit.

Argued Feb. 24, 2009.

Decided Feb. 25, 2009.

Jonathan I. Loevy, Attorney, Samantha Liskow, Loevy & Loevy, Chicago, IL, for Plaintiffs–Appellees.

Michael Doss, Attorney, Sidley Austin, Chicago, IL, for Appellant.

Darcy L. Proctor, Attorney, Ancel, Glink, Diamond, Bush, Dicianni & Krafthefer, P.C., Chicago, IL, for Defendant–Appellant.

Before ILANA DIAMOND ROVNER, Circuit Judge, DIANE P. WOOD, Circuit Judge, DIANE S. SYKES, Circuit Judge.

**ORDER**

Appellants Sidley Austin LLP and South Berwyn School District 100 appeal from an order requiring Sidley to disclose notes and memoranda from interviews of various

school-district employees and third-party witnesses conducted as part of an internal investigation the School Board retained Sidley to perform. The appeal was argued on February 24, 2009, and plaintiffs-appellees have asked us to decide it quickly to assist their preparations for an August 2009 trial.

We conclude that the materials covered by the district court's order are protected by the attorney-client privilege and the work-product doctrine. Accordingly, we REVERSE the district court's order. An opinion will follow.